IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FODAY KANU | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KEVIN KAUFFMAN, et al. | : | NO. 19-3278 |

ORDER

AND NOW, this 28th day of July, 2020, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1)  the April 2, 2020 Recommendation of United States Magistrate Judge Timothy R. Rice (Doc. # 19) is APPROVED and ADOPTED;

(2)  the motion of petitioner Foday Kanu to vacate, set aside, or correct his sentence under 28 U.S.C. § 2254 is DENIED; and

(3)  there is no basis for the issuance of a certificate of appealability.

BY THE COURT:


/s/ Harvey Bartle III
                              J.